UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA G. WILLIAMS | CIVIL ACTION NO. 16-1615 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BIOMEDICAL RESEARCH FOUNDATION HOSPITAL HOLDING, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 25) filed by Defendants, BRFHH Shreveport, LLC d/b/a University Health Shreveport (erroneously designated in caption as Biomedical Research Foundation Hospital Holdings, LLC) and Biomedical Research Foundation of Northwest Louisiana, be and is hereby **GRANTED**. All of Plaintiff Patricia G. Williams' claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 2nd day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT