# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| PATRICIA G. WILLIAMS § | | |
|     Plaintiff, § | § | CIVIL ACTION NO. 5:16-CV-1615 |
| § | | |
| v. § | | |
| § | | |
| BIOMEDICAL RESEARCH § | § | JUDGE S. MAURICE HICKS |
| FOUNDATION HOSPITAL § | | |
| HOLDINGS, LLC, ET AL., § | § | JURY TRIAL DEMANDED |
|     Defendants. § | | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant of Rule 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff, Patricia Williams, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the: 1) Memorandum Ruling and Final Judgment granting Defendants' Motion for Summary Judgment, and 2) Memorandum Order denying Plaintiff's Motion to Amend and/or Clarify Final Judgment and Memorandum Ruling.  The last order in this case was the Memorandum Order Deny Plaintiff's Motion to Amend and/or Clarify Final Judgment entered on January 17, 2019. As such, this notice is timely filed.

Respectfully submitted,

/s/ *Victoria Plante-Northington*
Victoria Plante-Northington
Texas Bar No. 00798436
Plante Law Firm, P.C.
5177 Richmond Avenue, Ste. 1140
Houston, Texas 77056
Telephone: 713.526.2615
Facsimile: 713.513.5176
Email: Victoria@plantelawfirm.com
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF**

/s/ *Carl Henry Franklin*
Carl Henry Franklin
Louisiana Bar No. 14974
910 Pierremont Road, Suite 410
Shreveport, LA 71106
Telephone: (318) 429-6822
Facsimile: (318) 550-0535
Email: Franklin.CarlH@Gmail.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record via the CM/ECF system on this 13th day of February 2019.

*/s/ Victoria Plante-Northington*
**Victoria Plante-Northington**