**MINUTE ENTRY**
**January 3, 2022**
**CHIEF JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PATRICIA G. WILLIAMS | CIVIL ACTION NO. 16-1615 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BIOMEDICAL RESEARCH FOUNDATION OF NORTHWEST LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

The Court held a pretrial conference on September 21, 2021 at 2:00 p.m. in the above-captioned matter. See Record Documents 93 & 94. During such conference, the Court imposed sanctions against Victoria Plante-Northington, counsel for Plaintiff. See Record Document 93 at 7-8. The Court hereby finds that Ms. Plante-Northington has complied with portions of the Court's order as she completed three hours of continuing legal education in the area of professionalism by December 31, 2021. Ms. Plante-Northington is reminded of the additional requirements of (1) two hours of continuing legal education in the area of professionalism to be completed no later than March 31, 2022; and (2) self-reporting of the sanction to the Texas State Bar Association and any other state bar association Ms. Plante-Northington is affiliated with. See Record Document 93 at 8; Record Document 94 at 55. Ms. Plante-Northington shall provide documentation of the completion of the continuing legal education hours no later than March 31, 2022 and of self-reporting no later than January 31, 2022.

**IT IS SO ORDERED.**