IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| PATRICIA G. WILLIAMS | § § § § § | CIVIL ACTION NO. 5:16-cv-01615 |
| v. | § § § | CHIEF JUDGE S. MAURICE HICKS, JR. |
| BIOMEDICAL RESEARCH FOUNDATION OF NORTHWEST LOUISIANA, et al Defendants. | § § § § § | (JURY TRIAL DEMANDED) |

AGREED FINAL JUDGMENT

On this day came on to be heard was the parties' Joint Motion to Dismiss. Having considered said motion, the Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is therefore, ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice.

It is further ORDERED that all costs shall be borne by the party incurring the same. This is a final judgment. All relief not expressly granted herein is denied.

THUS DONE AND SIGNED, in Shreveport, Louisiana this 6th day of January, 2022.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE