IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| PATRICIA G. WILLIAMS<br>　　Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 5:16-CV-1615 |
| v. | §<br>§<br>§ | |
| BIOMEDICAL RESEARCH<br>FOUNDATION HOSPITAL<br>HOLDINGS, LLC, ET AL.,<br>　　Defendants. | §<br>§<br>§<br>§ | JUDGE S. MAURICE HICKS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL OF SANCTIONS

Pursuant of Rule 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff, Patricia Williams, hereby appeals to the United States Court of Appeals for the Fifth Circuit from a Minute Entry dated January 3, 2022, from a pretrial conference on September 21, 2021, where the court *sua sponte* imposed sanctions against Plaintiff's counsel, Victoria Plante-Northington. Final Judgment was entered on January 6, 2022.

        Respectfully submitted,

        /s/ *Victoria Plante-Northington*
        Victoria Plante-Northington
        Texas Bar No. 00798436
        Plante Law Firm, P.C.
        5177 Richmond Avenue, Ste. 1140
        Houston, Texas 77056
        Telephone: 713.526.2615
        Facsimile: 713.513.5176
        Email: Victoria@plantelawfirm.com
        **ATTORNEY-IN-CHARGE**
        **FOR PLAINTIFF**

        /s/ *Carl Henry Franklin*
        Carl Henry Franklin
        Louisiana Bar No. 14974
        910 Pierremont Road, Suite 410
        Shreveport, LA 71106
        Telephone: (318) 429-6822
        Facsimile: (318) 550-0535
        Email: Franklin.CarlH@Gmail.com
        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record via the CM/ECF system on this 3rd day of February 2022.

        ***/s/ Victoria Plante-Northington***
        Victoria Plante-Northington